**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JAMES C. BLANKENSHIP and
CHRISTINE MARIE JOHNS,

              **Plaintiffs,**

-vs-                                     **Case No.  6:09-cv-1152-Orl-31DAB**

LOUISVILLE LADDER, INC.,

              **Defendant.**

_____

## ORDER

      This case was originally filed in the Circuit Court of the 17th Judicial Circuit in Broward County, Florida before being removed to this Court, which the parties agree would be the most convenient in which to litigate.  (Doc. 1 at 3).  However, pursuant to 28 U.S.C. § 1446, a case must be removed to the district court for the district in which the case is pending.  In this case, that would be the Southern District of Florida, which encompasses Broward County, rather than the

Middle District.  Any decision regarding the propriety of transferring this action from that district

to this one must be made by a Southern District judge.  Accordingly, it is hereby

ORDERED that this case is **TRANSFERRED** to the United States District Court for the

Southern District of Florida.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 8, 2009.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

-2-